1 **ANDREW EDWARD SMYTH**
Attorney at Law
2 State Bar No. **60030**
4929 Wilshire Boulevard, Suite 988
3 Los Angeles, CA 90010
Tel.: (323) 933-8401
4 Fax: (323) 933-6089

5 Attorneys for Debtor,

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | CHAPTER 7<br>CASE NO. _____ |
| THOMAS J. WEISEL | DECLARATION OF ATTORNEY'S<br>LIMITED SCOPE OF APPEARANCE |
| | (LOCAL RULE 2090-1(1); 1002-1(7)) |
| Debtor. | |

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I, ANDREW E. SMYTH, hereby declare the following to be true and correct under penalty of perjury:

1. I am an attorney licensed to practice law in the State of California and before this Court.

2. I am the attorney for the Debtor in the above entitled case.

3. The scope of my representation is limited to the following.

    A. Counsel the Debtor concerning debts and Bankruptcy procedures.

    B. Prepare and filed a Bankruptcy Petition and schedules.

    C. Appear at the 341(a) meeting of creditors.

C:\PLEAD\RULE2090.DEC    -1-

1    4.    I could and would testify to the above from personal knowledge if called upon
2 to do so.
3    Executed this 27 day of October 2000, at Los Angeles,
4 California.

ANDREW E. SMYTH
Attorney for Debtor

C:\Declarat\Declara:

-2-